UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>   Plaintiff,<br>vs.<br><br>GREENSBURG CROSSING LLC,<br>a Texas Limited Liability Company,<br><br>   Defendant.<br>_____ | )<br>)<br>) CASE NO.: 1:24-cv-1014-JRS-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

  Plaintiff files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties anticipate filing a dismissal within the next twenty (20) days once their settlement is finalized.

Dated: December 17, 2024

              Respectfully submitted,

         By: *Louis I. Mussman*  .
            Louis I. Mussman, Esq.
            Bar No. 597155
            Ku & Mussman, P.A.
            18501 Pines Blvd, Suite 362
            Pembroke Pines, FL 33029
            Tel: (305) 891-1322
            Fax: (954) 686-3976
            louis@kumussman.com

            Eric C. Bohnet, Esq.
            Attorney No. 24761-84
            Attorney at Law
            6617 Southern Cross Drive
            Indianapolis, Indiana 46237
            Tel: (317) 750-8503
            ebohnet@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of December 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy will be mailed to the following:

GREENSBURG CROSSING LLC
By Serving Registered Agent:
Incorp Services, Inc.
320 N. Meridian Street, Suite 817
Indianapolis, IN, 46204

Michael Roy (via email)
President, Woodcrest Management
3113 S. University Drive #600
Fort Worth, TX 76109
michaelroy@woodcrestcapital.com

          By: *Louis I. Mussman*   .
              Louis I. Mussman, Esq.